NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEVEN T. HUMPHREY,                    )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D18-495
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
_____ )

Opinion filed July 6, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Vivian T. Corvo,
Judge.


PER CURIAM.

          Affirmed.


CASANUEVA, LUCAS, and BADALAMENTI, JJ., Concur.